IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-51-BR

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : **JUDGMENT** |
| v. | : |
| | : |
| JERJUAN ORIEN BROOKS | : |

Pursuant to the Preliminary Order of Forfeiture entered by the Court on Sept. 15, 2011, judgment is hereby entered against defendant, JERJUAN ORIEN BROOKS, in the amount of $50,000.00. Post-judgment interest shall accrue at the rate of .12.

This 15th day of Sept, 2011.

_____
DENNIS P. IAVARONE
Clerk
U. S. District Court