IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:11-CR-51-BR

UNITED STATES OF AMERICA          :
                                  :
     v.                           :        **ORDER**
                                  :
JERJUAN ORIAN BROOKS              :

EMMA L. BECKWITH,
     Petitioner

     On motion by the Government, and no objection by opposing counsel, a discovery period is hereby set in this action to be completed within 90 days from the entry of this order.  The §853(n) hearing is SET for 4 June 2012 in Raleigh, North Carolina.

     This 14 February 2012.


_____
          W. Earl Britt
          Senior U.S. District Judge